**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:13-CV-00606-MOC-DSC**


| | |
|---|---|
| **CLEANNET OF CHARLOTTE, INC., et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **COMPLETE CARE  CONSULTING SERVICE, LLC, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

 

      **THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Benjamin W. Hahn]" (document #4) filed November 5, 2013.  For the reasons set forth therein, the Motion will be <u>granted</u>.

      The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

      **SO ORDERED**.

Signed: November 5, 2013

_____

David S. Cayer
United States Magistrate Judge